No. 82–1260.   COPPERWELD CORP. ET AL. *v.* INDEPENDENCE TUBE CORP.   C. A. 7th Cir.   Certiorari granted limited to Question 1 presented by the petition.   JUSTICE WHITE took no part in the consideration or decision of this petition.   Reported below: 691 F. 2d 310.

No. 81–1010.   PURTILL *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.   C. A. 3d Cir. Certiorari denied.

No. 82–777.   GENERAL DYNAMICS CORP. *v.* GARY AIRCRAFT CORP.   C. A. 5th Cir.   Certiorari denied.

No. 82–1166.   ZURN INDUSTRIES, INC. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 9th Cir.   Certiorari denied.

No. 82–1305.   BLACKSTONE CO. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 3d Cir.   Certiorari denied.

No. 82–1389.   MUNDT *v.* NL INDUSTRIES, INC.; and
No. 82–1489.   NL INDUSTRIES, INC. *v.* MUNDT.   C. A. 6th Cir.   Certiorari denied.   Reported below: 705 F. 2d 456.

No. 82–1391.   SPERLING *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 82–1449.   CATTELL *v.* BARRETT ET AL.   C. A. 2d Cir. Certiorari denied.

No. 82–1458.   RAPAPORT *v.* UNITED STATES; and
No. 82–1526.   INGREDIENT TECHNOLOGY CORP., FORMERLY KNOWN AS SUCREST CORP. *v.* UNITED STATES. C. A. 2d Cir.   Certiorari denied.   Reported below: 698 F. 2d 88.